
**Marian F. Harrison**
US Bankruptcy Judge



Dated: 7/12/2013

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE - COOKEVILLE DIVISION

| | |
|---|---|
| In re: <br> GROWDON, WILLIAM ALLEN AND <br> GROWDON, IBEL ROSARIO <br><br> Debtor(s) | Case No. 12-07144-MH2-7 <br> Chapter 7 <br> Judge Marian F. Harrison |

### ORDER AWARDING TRUSTEE COMPENSATION AND EXPENSES

Upon application to the Court for allowance of trustee compensation and expenses, proper notice having been given, and no objections having been made, it is hereby ORDERED that the Trustee is awarded trustee compensation of $3,175.00 and trustee expenses of $56.00, for a total of $3,231.00. The Trustee is further awarded compensation on the interest accrued on estate funds after submission of the Trustee's Final Report not to exceed the maximum compensation as provided in 11 U.S.C. § 326.

This Order was signed and entered electronically as indicated at the top of this page.

/s/ John C. McLemore
John C. McLemore, Trustee
Tn. Bar No. 3430
P.O. Box 158249
Nashville TN 37215-8249
Phone: (615) 383-9495
Fax: (615) 292-9848
eMail: jmclemore@gmylaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.